**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **DOCKET NO.** 3:25-cr-310-KDB |
| ) | |
| ) | |
| ) | **BILL OF INDICTMENT** |
| **v.** ) | |
| ) | **Violations:** 18 U.S.C. § 1591 |
| **(1) MARVIN QUALLS,** ) | 18 U.S.C. § 1594(c) |
| **a/k/a "BG"** ) | 18 U.S.C. § 2 |
| **(2) OTU EKONG,** ) | |
| **a/k/a "Clutch"** ) | |
| _____ ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Conspiracy to Commit Sex Trafficking of a Minor)*

Between on or about December 5, 2023 and on or about January 30, 2024, in Gaston County, within the Western District of North Carolina and elsewhere,

**(1) MARVIN QUALLS, a/k/a "BG," and
(2) OTU EKONG, a/k/a "Clutch,"**

in and affecting interstate and foreign commerce, did knowingly combine, conspire, and agree with each other and with others known and unknown to the Grand Jury, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means Minor Victim, who was then under 18 years of age, having had a reasonable opportunity to observe Minor Victim and knowing and in reckless disregard of the fact that Minor Victim had not attained the age of 18 years and knowing and in reckless disregard that Minor Victim would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1594(c) and 1591(a)(1), (b)(2), and (c).

## COUNT TWO
### *(Sex Trafficking of a Minor)*

Between on or about December 5, 2023 and on or about January 30, 2024, in Gaston County, within the Western District of North Carolina and elsewhere,

**(1) MARVIN QUALLS, a/k/a "BG," and
(2) OTU EKONG, a/k/a "Clutch,"**

in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means Minor Victim, who was then under 18 years of age, having had a reasonable opportunity to observe Minor Victim and knowing and in reckless disregard of the fact that Minor Victim had not attained the age of 18 years and knowing and in reckless disregard that Minor Victim would be caused to engage in a commercial sex act, and did aid and abet the same.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c) and 2.

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a.    A Wiko cell phone, an iPhone 11, and a Samsung SM-A146U cell phone seized during the investigation.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

STEPHANIE L. SPAUGH
ASSISTANT UNITED STATES ATTORNEY